UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
OCALA DIVISION

ROBERT RICHMOND, LYNN RICHMOND,
his wife,

          Plaintiffs,

-vs-                                          Case No.  5:05-cv-304-Oc-10GRJ

THE PEP BOYS-MANNY, MOE & JACK,
INC., a foreign corporation,

          Defendant.
_____

## **O R D E R**

The United States Magistrate Judge has issued a Report (Doc. 20) recommending that the Plaintiff's Motion to Remand (Doc. 10) be denied.  There have been no objections to the report and recommendation of the Magistrate Judge, and the time for objection has elapsed.

Accordingly, upon an independent examination of the file and upon due consideration, it is ordered and adjudged that:

(1) the Report and Recommendation of the Magistrate Judge (Doc. 20) is adopted, confirmed and made a part hereof; and

(2) the Plaintiff's Motion to Remand (Doc. 10) is DENIED.

IT IS SO ORDERED.

DONE and ORDERED at Ocala, Florida this 17th day of January, 2006.

                                                      UNITED STATES DISTRICT JUDGE

Copies to:   Hon. Gary R. Jones
                Counsel of Record